AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Alan W. Filion<br>_____<br>*Defendant* | )<br>)  Case No.  6:24-cr-261-GAP-EJK<br>)<br>)<br>) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 4/23/24

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Dan Eckhart
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*