UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                              CASE NO. 6:24-cr-261-GAP-EJK

                                                    18 U.S.C. 875(c) (Interstate Threat to Injure Another)

ALAN W. FILION,
   a/k/a "Nazgul Swattings,"
   a/k/a "Torswats V3,"
   a/k/a "Third Reich of Kiwiswats,"
   a/k/a "The Table Swats,"
   a/k/a "Angmar," and
   a/k/a "Torswats"

## DEFENDANT'S WAIVER OF VENUE

I, Alan W. Filion, the defendant in the above-captioned matter, hereby waive any and all legal challenges based upon venue, pursuant to Federal Rule of Criminal Procedure 18, the Sixth Amendment, or otherwise, to the prosecution in this district of the offenses charged in Counts Two, Three, and Four of the Information, which offenses were committed in the Central District of California, the Northern District of Florida, the Western District of Washington, and the Western District of Texas. Specifically, I waive the right to be prosecuted for the offenses charged in Counts Two, Three, and Four in the districts where the offenses were committed.

In waiving venue, I specifically acknowledge that I have consulted with my attorney, and I am waiving this right because it is in my interest, after reasoned reflection, to do so.

_____
A.W.F., Juvenile Defendant

_____
Dan Eckhart, Esq.
Counsel for Defendant

_____
David Bigney, Esq.
Counsel for Defendant