UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.                                                             Case No: 6:24-cr-261-CEM-LHP

**ALAN FILION**

AUSAs: Cherie Krigsman

Defense Attorney: Dan Eckhart, Retained

| JUDGE: | **CARLOS E. MENDOZA**<br>United States District Judge | DATE AND TIME: | **November 13, 2024**<br>8:59 A.M. – 9:13 A.M. |
|---|---|---|---|
| DEPUTY CLERK: | Ann Lindstrand | REPORTER: | Karla Hyland<br>Hylandtranscripts@outlook.com |
| INTERPRETER: | None | PRETRIAL/PROB: | No Appearance |
| TOTAL TIME | 14 Minutes | | |

**CLERK'S MINUTES**
**CHANGE OF PLEA**

Case called. Appearances made by counsel. Defendant placed under oath.

Court inquired with defendant and advised of rights.

Government's Ore Tenus Unopposed Motion to Unseal Case is GRANTED. The case shall be unsealed. All documents shall remain sealed except for the Information (Doc. 1), Waiver of Indictment (Doc. 3), Waiver of Venue (Doc. 5), and Plea Agreement (Doc. 19).

Defendant proffered a plea of guilty to Counts One, Two, Three, and Four of the Information. The Court accepts the plea and adjudicates the defendant guilty. Defendant remains in custody pending sentencing.

Sentencing set for Tuesday, February 11, 2025 at 9:30 A.M.

Court is adjourned.