UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,   Case No. 6:24-cr-261-CEM-LHP

☐ Plaintiff,
☒ Government         ☐ Evidentiary
                     ☐ Trial
                     ☒ Other

v.

ALAN W. FILION,

☐ Defendant

# UNITED STATES' EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | | | | CD Containing Audio Recording of July 10, 2023 Call to San Antonio Police Department |

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: /s/ Daniel J. Marcet
Daniel J. Marcet
Assistant United States Attorney
Chief, National Security Section
Florida Bar No. 0114104
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Daniel.Marcet@usdoj.gov