UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.  Case No. 6:24-cr-261-CEM-LHP

ALAN FILION,
  a/k/a "Nazgul Swattings,"
  a/k/a "Torswats V3,"
  a/k/a "Third Reich of Kiwiswats,"
  a/k/a "The Table Swats,"
  a/k/a "Angmar," and
  a/k/a "Torswats"

Defendant.

## DEFENDANT'S WITNESS LIST

The Defendant, Alan Filion, by and through his undersigned counsel will call Dr. Jeffrey Danziger at the sentencing hearing on February 11, 2025. Dr. Danziger will testify about his diagnosis of Mr. Filion which are summarized in his report previously provided to the government and the probation office. Dr. Danziger's CV was also provided to the government.

Respectfully submitted this 10th day of February 2025.

/s/ Dan Eckhart, Esq.
DAN ECKHART, ESQ.
Florida Bar No. 488674
200 East Robinson St., Ste. 11
Orlando, FL 32801
Telephone:  407-276-0500
Facsimile:   407-893-8151
dan@daneckhartlaw.com

CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the United States Attorney's Office.

/s/ Dan Eckhart, Esq.
DAN ECKHART, ESQ.
Florida Bar No. 488674