UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  **Case No: 6:24-cr-261-CEM-LHP**

**ALAN FILION**

AUSA: Daniel Marcet

Defense Attorneys: Dan Eckhart and David Bigney, Retained

| JUDGE: | **CARLOS E. MENDOZA** <br><br> United States District Judge | DATE AND TIME: | **February 11, 2025** <br> 9:31 A.M. – 10:24 A.M. |
|---|---|---|---|
| DEPUTY CLERK: | Ann Lindstrand | REPORTER: | Suzanne Trimble <br> trimblecourtreporter@outlook.com |
| INTERPRETER: | N/A | PRETRIAL/PROB: | Omayra Hernandez |
| TOTAL TIME | 53 Minutes | | |

**CLERK'S MINUTES**
**SENTENCING - CONTESTED**

Case called.   Appearances made by counsel.   Defendant placed under oath.

Defendant is adjudged guilty to Counts One, Two, Three, and Four of the Information.

Witness (sworn):
Dr. Jeffrey Danziger

**IMPRISONMENT**: 48 MONTHS. This term consists of a 48 month term as to Counts One, Two, Three, and Four, all such terms to run concurrently.

> The Court makes the following recommendation to the Bureau of Prisons:
> 1. Defendant be placed at a BOP facility in California, or as close as possible, for familial proximity.

**SUPERVISED RELEASE**:   3 YEARS. This term consists of a 3 year term as to Counts One, Two, Three, and Four, all such terms to run concurrently.

The mandatory drug testing requirements are suspended.

**SPECIAL CONDITIONS OF SUPERVISED RELEASE**:
- Mental Health Treatment
- Financial Restrictions
- Collection of DNA

**RESTITUTION:**   Deferred.

**FINE**:   Waived.

**SPECIAL ASSESSMENT**:   $400.00, due immediately.

Plea agreement is accepted.

The defendant is remanded to the custody of the United States Marshal to await designation by the Bureau of Prisons.

Defendant advised of right to appeal.

Court is adjourned.