

# EXHIBIT LIST

__ **PLAINTIFF**          ___ **DEFENDANT**          _____ **JOINT**

<u>  X  </u> **GOVERNMENT**   ___ **COURT**

**CASE NO.**   _6:24-cr-261-CEM-LHP_
**STYLE:**   USA v. Alan Filion

| EXHIBIT NO. | DATE IDENTIFIED | DATE ADMITTED | SPONSORING WITNESSES | OBJECTIONS/ STIPULATED ADMISSIONS[1] | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 1. | 2/11/2025 | 2/11/2025 | | | **Audio Call** |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |