# EXHIBIT 1 – CD

# On File in Clerk's Office