# EXHIBIT A

2-11-25

I, ALAN WINSTON FILION, WAIVE MY RIGHT TO BE PRESENT AT MY RESTITUTION HEARING.

_____
ALAN W. FILION

