UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:24-cr-261-CEM-LHP

ALAN W. FILION,
    a/k/a "Nazgul Swattings,"
    a/k/a "Torswats V3,"
    a/k/a "Third Reich of Kiwiswats,"
    a/k/a "The Table Swats,"
    a/k/a "Angmar," and
    a/k/a "Torswats"

## UNITED STATES' NOTICE REGARDING RESTITUTION

The United States hereby provides this Notice Regarding Restitution. The Court has scheduled a restitution hearing for April 3, 2025, at 2:00 p.m. The United States has notified the victims of their rights in this case, and no victim is requesting restitution from the Defendant. Accordingly, the United States respectfully submits that there is no need to hold a restitution hearing, and requests that the hearing be cancelled.

The undersigned AUSA has consulted with counsel for the Defendant, who do not oppose the cancellation of the restitution hearing.

        Respectfully submitted,

        SARA C. SWEENEY
        Acting United States Attorney

By:   */s/ Daniel J. Marcet*
      Daniel J. Marcet
      Assistant United States Attorney

>Florida Bar No. 0114104
>400 N. Tampa St., Ste. 3200
>Tampa, FL 33602-4798
>Telephone: (813) 274-6000
>Facsimile: (813) 274-6358
>E-mail: Daniel.Marcet@usdoj.gov

U.S. v. Filion                                  Case No. 6:24-cr-261-CEM-LHP

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

>Daniel W. Eckhart
>David R. Bigney

>*/s/ Daniel J. Marcet*
>Daniel J. Marcet
>Assistant United States Attorney
>Florida Bar No. 0114104
>400 N. Tampa St., Ste. 3200
>Tampa, FL 33602-4798
>Telephone: (813) 274-6000
>Facsimile: (813) 274-6358
>E-mail: Daniel.Marcet@usdoj.gov